HYUNSUK ALBERT CHANG (SBN 206270)
Email: albertchang@aclawfirm.net
MARIAM ALAMI SAQEBI (SBN 312972)
Email: mariam.saqebi@aclawfirm.net
LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, CA 90248
Telephone: (310) 769-6836
Facsimile: (310) 769-6787

Attorneys for Plaintiff LEES MOOLSAN CO., LTD.,
a South Korean Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEES MOOLSAN CO., LTD., a South Korean company,<br><br>        Plaintiff,<br><br>    vs.<br><br>ALEXIA ADMOR FRENCH DESIGNER GROUP LTD., a New York Corporation, dba ALEXIA ADMOR; BEYOND THE RACK USA, INC., a Delaware Corporation, dba BEYOND THE RACK; BLUEFLY, INC., a Delaware Corporation, dba BLUEFLY; BOSTON PROPER, LLC, a Delaware Limited Liability Company, dba BOSTON PROPER; NEIMAN MARCUS GROUP LTD, LLC, a Delaware Limited Liability Company, dba NEIMAN MARCUS LAST CALL; NORDSTROM, INC., a Washington Corporation, dba NORDSTROM RACK; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.<br><br>COMPLAINT FOR:<br><br>1.  COPYRIGHT INFRINGEMENT;<br>2.  VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGEMENT<br><br><br>DEMAND FOR JURY TRIAL |

**LAW OFFICES OF ALBERT CHANG**
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

**COMPLAINT**

- 1 -

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

Plaintiff LEES MOOLSAN CO., LTD. ("Plaintiff"), by and through its undersigned attorneys, hereby prays to this honorable Court for relief as follows:

**JURISDICTION AND VENUE**

1. This action arises under the Copyright Act of 1976, 17 U.S.C. § 101 et seq.

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) and (b).

3. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

**PARTIES**

4. Plaintiff is, and at all times herein mentioned was, a South Korean company with its principal place of business located in South Korea. Plaintiff also conducts business in California and Los Angeles County.

5. Plaintiff is informed and believes and thereon alleges that Defendant ALEXIA ADMOR FRENCH DESIGNER GROUP LTD., individually and doing business as ALEXIA ADMOR ("ALEXIA ADMOR") is, and at all times herein mentioned was, a corporation organized and existing under the laws of the State of New York, with its principal place of business located at 242 W. 36th Street, New York, New York 10018, which is authorized to do business, and is doing business in the State of California.

6. Plaintiff is informed and believes and thereon alleges that Defendant BEYOND THE RACK USA, INC., individually and doing business as BEYOND THE RACK ("BEYOND THE RACK") is, and at all times herein mentioned was, a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located at 8 West 40th Street, 8th Floor, New York, NY 10018, which is authorized to do business, and is doing business in the State of California.

7.   Plaintiff is informed and believes and thereon alleges that Defendant BLUEFLY, INC., individually and doing business as BLUEFLY ("BLUEFLY") is, and at all times herein mentioned was, a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located at 42 West 39th Street, New York, New York 10018, which is authorized to do business, and is doing business in the State of California.

8.   Plaintiff is informed and believes and thereon alleges that Defendant BOSTON PROPER, LLC, individually and doing business as BOSTON PROPER ("BOSTON PROPER") is, and at all times herein mentioned was, a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business located at 1155 Broken Sound Parkway NW, Suite A, Boca Raton, FL 33487, which is authorized to do business, and is doing business in the State of California.

9.   Plaintiff is informed and believes and thereon alleges that Defendant NEIMAN MARCUS GROUP LTD, LLC, individually and doing business as NEIMAN MARCUS LAST CALL ("NEIMAN MARCUS"), is, and at all times herein mentioned was, a limited liability company organized and existing under the laws of State of Delaware, with its principal place of business located at 1618 Main Street, Dallas, Texas 75201, which is authorized to do business, and is doing business in the State of California.

10. Plaintiff is informed and believes and thereon alleges that Defendant NORDSTROM, INC., individually and doing business as NORDSTROM RACK ("NORDSTROM RACK"), is, and at all times herein mentioned was, a corporation organized and existing under the laws of State of Washington, with its principal place of business located at 1617 Sixth Avenue, Seattle, Washington 98101, which is authorized to do business, and is doing business in the State of California.

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

11. Defendants DOES 1 through 50, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual, or otherwise, of Defendants DOES 1 through 50, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

12. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment, and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## CLAIM RELATED TO DESIGN LSP6163-1

13. Prior to the conduct complained of herein, Plaintiff composed an original two-dimensional artwork for purposes of textile printing, which is set forth hereinbelow. Plaintiff allocated this artwork its internal design number "LSP6163-1" (the "Subject Design"). This artwork was a creation of Plaintiff and/or Plaintiff's design team, and is, and at all relevant times was, owned exclusively by Plaintiff.

14. Plaintiff applied for and received a United States Copyright Registration for the Subject Design.

15. Prior to the acts complained of herein, Plaintiff sampled and sold fabric bearing the Subject Design to numerous parties in the fashion and apparel industries, including ALEXIA ADMOR.

16. Plaintiff is informed and believes and thereon alleges that, following this distribution of fabric bearing the Subject Design, ALEXIA ADMOR created, manufactured, caused to be manufactured, imported, distributed, and/or sold garments comprised of fabric bearing an unauthorized reproduction of the Subject Design (the "Subject Product A"). Plaintiff is informed and believes and thereon alleges that ALEXIA ADMOR then sold said garments to the public.

17. A comparison of the Subject Design and the Subject Product A below makes apparent that the elements, colors, composition, arrangement, layout, and appearance of the designs are substantially similar.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**LAW OFFICES OF ALBERT CHANG**
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

**COMPLAINT**
- 5 -

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836



| Subject Design | Subject Product A |
|---|---|
| Detail | Detail |
| Design | Garment |

18. Plaintiff is informed and believes and thereon alleges that, following this distribution of fabric bearing the Subject Design, ALEXIA ADMOR created, manufactured, caused to be manufactured, imported, distributed, and/or sold garments comprised of fabric bearing an unauthorized reproduction of the Subject Design (the "Subject Product B"). Plaintiff is informed and believes and thereon alleges that ALEXIA ADMOR then sold said garments to the public.

19. A comparison of the Subject Design and the Subject Product B below makes apparent that the elements, colors, composition, arrangement, layout, and appearance of the designs are substantially similar.

| Subject Design | Subject Product B |
|---|---|
| Detail | Detail |
| | |
| Design | Garment |
| | |

20. Plaintiff is informed and believes and thereon alleges that, following this distribution of fabric bearing the Subject Design, ALEXIA ADMOR created, manufactured, caused to be manufactured, imported, distributed, and/or sold garments comprised of fabric bearing an unauthorized reproduction of the Subject

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

Design (the "Subject Product C"). Plaintiff is informed and believes and thereon alleges that ALEXIA ADMOR then sold said garments to the public.

21. A comparison of the Subject Design and the Subject Product C below makes apparent that the elements, colors, composition, arrangement, layout, and appearance of the designs are substantially similar.



| Subject Design | Subject Product C |
|---|---|
| Detail | Detail |
| Design | Garment |

22. Plaintiff is informed and believes and thereon alleges that, following this distribution of fabric bearing the Subject Design, ALEXIA ADMOR created,

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

manufactured, caused to be manufactured, imported, distributed, and/or sold garments comprised of fabric bearing an unauthorized reproduction of the Subject Design (the "Subject Product D"). Plaintiff is informed and believes and thereon alleges that ALEXIA ADMOR then sold said garments to the public.

23. A comparison of the Subject Design and the Subject Product D below makes apparent that the elements, colors, composition, arrangement, layout, and appearance of the designs are substantially similar.

| Subject Design | Subject Product D |
|---|---|
| Detail | Detail |
|   |  |
| Design | Garment |
| |  |

Law Offices of Albert Chang
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

24. Plaintiff is informed and believes and thereon alleges that, following this distribution of fabric bearing the Subject Design, ALEXIA ADMOR created, manufactured, caused to be manufactured, imported, distributed, and/or sold garments comprised of fabric bearing an unauthorized reproduction of the Subject Design (the "Subject Product E") to its retailer, BEYOND THE RACK, that then sold said garments to the public.

25. A comparison of the Subject Design and the Subject Product E below makes apparent that the elements, colors, composition, arrangement, layout, and appearance of the designs are substantially similar.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

**COMPLAINT**
- 10 -

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

| Subject Design | Subject Product E |
|---|---|



26. Plaintiff is informed and believes and thereon alleges that, following this distribution of fabric bearing the Subject Design, ALEXIA ADMOR created, manufactured, caused to be manufactured, imported, distributed, and/or sold garments comprised of fabric bearing an unauthorized reproduction of the Subject Design (the "Subject Product F") to its retailer, BLUEFLY, that then sold said garments to the public.

27.  A comparison of the Subject Design and the Subject Product F below makes apparent that the elements, colors, composition, arrangement, layout, and appearance of the designs are substantially similar.

| Subject Design | Subject Product F |
| --- | --- |
| Detail | Detail |
| | |
| Design | Garment |
| | |

28.  Plaintiff is informed and believes and thereon alleges that, following this distribution of fabric bearing the Subject Design, ALEXIA ADMOR created, manufactured, caused to be manufactured, imported, distributed, and/or sold garments comprised of fabric bearing an unauthorized reproduction of the Subject

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

Design (the "Subject Product G") to its retailer, BLUEFLY, that then sold said garments to the public.

29. A comparison of the Subject Design and the Subject Product G below makes apparent that the elements, colors, composition, arrangement, layout, and appearance of the designs are substantially similar.

| Subject Design | Subject Product G |
|---|---|
| Detail | Detail |
| | |
| Design | Garment |
| | |

30. Plaintiff is informed and believes and thereon alleges that, following this distribution of fabric bearing the Subject Design, ALEXIA ADMOR created,

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

manufactured, caused to be manufactured, imported, distributed, and/or sold garments comprised of fabric bearing an unauthorized reproduction of the Subject Design (the "Subject Product H") to its retailer, BOSTON PROPER, that then sold said garments to the public.

31. A comparison of the Subject Design and the Subject Product H below makes apparent that the elements, colors, composition, arrangement, layout, and appearance of the designs are substantially similar.



| Subject Design | Subject Product H |
|---|---|
| Detail | Detail |
| Design | Garment |

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

**COMPLAINT**

32.  Plaintiff is informed and believes and thereon alleges that, following this distribution of fabric bearing the Subject Design, ALEXIA ADMOR created, manufactured, caused to be manufactured, imported, distributed, and/or sold garments comprised of fabric bearing an unauthorized reproduction of the Subject Design (the "Subject Product I") to its retailer, NEIMAN MARCUS, that then sold said garments to the public.

33.  A comparison of the Subject Design and the Subject Product I below makes apparent that the elements, colors, composition, arrangement, layout, and appearance of the designs are substantially similar.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

LAW OFFICES OF ALBERT CHANG
1225 W. 190ᵗʰ Street, Suite 420
Gardena, California 90248
(310) 769-6836

**COMPLAINT**

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

| Subject Design | Subject Product I |
|---|---|
| Detail | Detail |
| Design | Garment |



34. Plaintiff is informed and believes and thereon alleges that, following this distribution of fabric bearing the Subject Design, ALEXIA ADMOR created, manufactured, caused to be manufactured, imported, distributed, and/or sold garments comprised of fabric bearing an unauthorized reproduction of the Subject Design (the "Subject Product J") to its retailer, NORDSTROM RACK, that then sold said garments to the public.

35.  A comparison of the Subject Design and the Subject Product J below makes apparent that the elements, colors, composition, arrangement, layout, and appearance of the designs are substantially similar.

| Subject Design | Subject Product J |
| --- | --- |
| Detail | Detail |
| | |
| Design | Garment |
| | |

36.  Plaintiff is informed and believes and thereon alleges that, following this distribution of fabric bearing the Subject Design, ALEXIA ADMOR created, manufactured, caused to be manufactured, imported, distributed, and/or sold garments comprised of fabric bearing an unauthorized reproduction of the Subject

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

1    Design (the "Subject Product K") to its retailer, NORDSTROM RACK, that then
2    sold said garments to the public.
3        37.  A comparison of the Subject Design and the Subject Product K below
4    makes apparent that the elements, colors, composition, arrangement, layout, and
5    appearance of the designs are substantially similar.

| Subject Design | Subject Product K |
|---|---|
| Detail | Detail |
| | |
| Design | Garment |
| | |

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

**COMPLAINT**
- 18 -

38. Plaintiff is informed and believes and thereon alleges that, following this distribution of fabric bearing the Subject Design, ALEXIA ADMOR created, manufactured, caused to be manufactured, imported, distributed, and/or sold garments comprised of fabric bearing an unauthorized reproduction of the Subject Design (the "Subject Product L") to its retailer, NORDSTROM RACK, that then sold said garments to the public.

39. A comparison of the Subject Design and the Subject Product L below makes apparent that the elements, colors, composition, arrangement, layout, and appearance of the designs are substantially similar.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

**COMPLAINT**

- 19 -

Law Offices of Albert Chang
1225 W. 190ᵗʰ Street, Suite 420
Gardena, California 90248
(310) 769-6836

| Subject Design | Subject Product L |
| --- | --- |
| Detail | Detail |
|  |  |
| Design | Garment |

40. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge of Plaintiff's rights and/or in blatant disregard for Plaintiff's rights, such that said acts of copyright infringement were, and continue to be, willful, intentional, and malicious, subjecting Defendants, and each of them, to liability for statutory damages under the Copyright Act, 17 U.S.C. § 504(c)(2) in the sum of up to one hundred fifty thousand dollars ($150,000) per infringement.

## FIRST CLAIM FOR RELIEF

### (For Copyright Infringement – Against All Defendants)

41.  Plaintiff repeats, realleges, and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

42.  Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to the Subject Design through (a) access to Plaintiff's showroom and/or design library; (b) access to illegally distributed copies of the Subject Design by third-party vendors and/or DOE Defendants, including, without limitation, international and/or overseas converters and printing mills; (c) access to Plaintiff's strike-offs and samples, and/or (d) garments manufactured and sold to the public bearing fabric lawfully printed with the Subject Design by Plaintiff for its customers.

43.  Plaintiff is informed and believes and thereon alleges that one or more of the Defendants manufactures garments and/or is a garment vendor. Plaintiff is further informed and believes and thereon alleges that said Defendant(s) has an ongoing business relationship with Defendant retailers, and each of them, and supplied garments to said retailer, which garments infringed the Subject Design in that said garments were composed of fabric which featured unauthorized print design(s) that were identical or substantially similar to the Subject Design, or were an illegal derivation or modification thereof.

44.  Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyright by creating, manufacturing, and/or developing directly infringing and/or derivative works from the Subject Design and by manufacturing, distributing, and/or selling garments which infringe the Subject Design through a nationwide network of retail stores, catalogues, and through on-line websites.

**LAW OFFICES OF ALBERT CHANG**
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

45. Due to Defendants' acts of copyright infringement as alleged herein, Plaintiff has suffered substantial damages to its business in an amount to be established at trial.

46. Due to Defendants' acts of copyright infringement as alleged herein, Plaintiff has suffered general and special damages to its business in an amount to be established at trial.

47. Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Design. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of the Subject Design in an amount to be established at trial.

48. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed copyright infringement as alleged herein, which were willful, intentional, and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under the Copyright Act, 17 U.S.C. § 504(c)(2) in the sum of up to one hundred fifty thousand dollars ($150,000) per infringement. Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

## SECOND CLAIM FOR RELIEF

(For Vicarious and/or Contributory Copyright Infringement

– Against All Defendants)

49. Plaintiff repeats, realleges, and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

50. Plaintiff is informed and believes and thereon alleges that Defendants knowingly induced, participated in, aided and abetted in, and profited from the

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

illegal reproduction and/or subsequent sales of garments featuring the Subject Design as alleged herein.

51. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, are vicariously liable for the infringement alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct.

52. By reason of the Defendants' and each of their acts of contributory and vicarious infringement as alleged herein, Plaintiff has suffered and will continue to suffer substantial damages to its business in an amount to be established at trial, as well as additional general and special damages in an amount to be established at trial.

53. Due to Defendants' and each of their acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Design. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of the Subject Design in an amount to be established at trial.

54. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed acts of copyright infringement as alleged herein, which were willful, intentional, and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under the Copyright Act, 17 U.S.C. § 504(c)(2) in the sum of up to one hundred fifty thousand dollars ($150,000) per infringement. Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment against all Defendants as follows:

1.    That Defendants, and each of them, and their respective agents and employees be enjoined from infringing Plaintiff's copyrights in any manner, specifically those for the Subject Design;

2.    That Defendants, and each of them, account to Plaintiff for their profits and any damages sustained by Plaintiff arising from the foregoing acts of infringement, the exact sum to be proven at the time of trial, under the Copyright Act, 17 U.S.C. § 504(b) or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 504(c);

3.    That Plaintiff be awarded its attorneys' fees as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

4.    That Plaintiff be awarded pre-judgment interest as allowed by law;

5.    That Plaintiff be awarded the costs of this action; and

6.    That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.


A TRIAL BY JURY PURSUANT TO FED. R. CIV. P. 38 AND CONSTITUTIONAL AMENDMENT SEVEN IS HEREBY DEMANDED.


Date:  February 15, 2018          LAW OFFICES OF ALBERT CHANG


By:    /s/ Hyunsuk Albert Chang
         Hyunsuk Albert Chang
         Mariam Alami Saqebi
         Attorneys for Plaintiff
         LEES MOOLSAN CO., LTD.

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836