JS-6

HYUNSUK ALBERT CHANG (SBN 206270)
Email: albertchang@aclawfirm.net
GRACE H. JANG (SBN 302640)
Email: gracejang@aclawfirm.net
LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, CA 90248
Telephone: (310) 769-6836
Facsimile: (310) 769-6787

Attorneys for Plaintiff LEES MOOLSAN CO., LTD.,
a South Korean Company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEES MOOLSAN CO., LTD., a South Korean company,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXIA ADMOR FRENCH DESIGNER GROUP LTD., a New York Corporation, dba ALEXIA ADMOR; BEYOND THE RACK USA, INC., a Delaware Corporation, dba BEYOND THE RACK; BLUEFLY, INC., a Delaware Corporation, dba BLUEFLY; BOSTON PROPER, LLC, a Delaware Limited Liability Company, dba BOSTON PROPER; NEIMAN MARCUS GROUP LTD, LLC, a Delaware Limited Liability Company, dba NEIMAN MARCUS LAST CALL; NORDSTROM, INC., a Washington Corporation, dba NORDSTROM RACK; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01276-RSWL-AFM<br><br>Honorable Ronald S.W. Lew<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**ORDER RE STIPULATION FOR DISMISSAL**
- 1 -

## ORDER

The Court has reviewed the Stipulation submitted concurrently herewith, and based on the contents of said Stipulation, finds good cause to approve same. Accordingly, the Court orders:

1. This action is dismissed in its entirety with prejudice; and
2. Each party is to bear its own costs and attorney's fees as incurred against one another

IT IS SO ORDERED.

Dated: January 10, 2019

RONALD S.W. LEW
SENIOR U.S. DISTRICT COURT JUDGE
Honorable Ronald S.W. Lew